# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. and J.A., on behalf of W.A., | CASE NO.   1:10-cv-00943-OWW-SKO |
| Plaintiffs, | **ORDER EXTENDING BRIEFING SCHEDULE AND RESETTING HEARING TO JULY 9, 2010** |
| v. | **Opposition Due:       June 22, 2010**<br>**Reply Due:              June 28, 2010**<br>**Hearing:                   July 9, 2010** |
| PATTERSON JOINT UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

_____/

On June 16, 2010, the parties submitted a stipulation requesting that Defendant be provided an extension of time to file an opposition to Plaintiffs' Motion for Attorneys' Fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.      Defendant's Opposition Brief to Plaintiffs' Motion for Attorneys' Fees shall be filed on or before **June 22, 2010.**

2.      Plaintiffs' Reply Brief in support of their Motion for Attorneys' Fees may be filed on or before **June 28, 2010.**

3.      To provide the Court with the time necessary to review the parties' briefs, the hearing currently set for July 2, 2010, is hereby **VACATED** and reset for **July 9, 2010, at 9:30 a.m. in Courtroom 8** of the above titled Court.

IT IS SO ORDERED.

**Dated:    June 17, 2010**                    _____/s/ Sheila K. Oberto_____
                                                                  UNITED STATES MAGISTRATE JUDGE

1